[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12451

_____

D. C. Docket No. 05-22121-CV-PAS

FEDERAL INSURANCE COMPANY,
an Indiana Corporation,

Plaintiff-Appellee,

versus

MASTEC, INC.,
a Florida Corporation,
AUSTIN J. SHANFELTER,
DONALD P. WEINSTEIN,
ARTHUR B. LAFFER,
JORGE MAS, JR.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 28, 2008)**

Before BIRCH,  PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

After a careful review of the record and the briefs of the parties and having entertained oral argument, we AFFIRM the judgment of the district court based upon the comprehensive and well-reasoned opinion of the district court dated 26 March 2007.